IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| DAVID M. LAVENDER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13-cv-2476 SAC/KGS |
| CARSON SMITHFIELD, LLC and MERRICK BANK CORPORATION, | ) ) Removed from the District Court ) of Leavenworth County, Kansas |
| Defendants. | ) Case No. 2013CV372 |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Carson Smithfield, LLC and Merrick Bank Corporation (collectively, "Defendants"), by and through undersigned counsel, hereby remove this action which has been pending as Case No. 2013CV372, in the District Court of Leavenworth County, Kansas, to the United States District Court for the District of Kansas. In support of the removal of this action, Defendants state as follows:

1. On August 16, 2013, David M. Lavender, ("Plaintiff") commenced this action by filing a Petition (the "Petition") in the District Court of Leavenworth County, Kansas, Case No. 2013CV372.

2. Pursuant to 28 U.S.C. § 1446(a) and D. Kan. Rule 81.2, a copy of all process, pleadings and orders served upon Defendants in the state court proceeding is attached hereto as Exhibit 1.

3. The Petition asserts Two Counts against Defendants for alleged violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §§ 227 *et seq.*

4. This court has federal question jurisdiction over "all claims 'arising under the Constitution, laws, or treaties of the United States.'" *Nicodemus v. Union Pac. Corp.*, 318 F.3d 1231, 1235 (10th Cir. 2003) (citing 28 U.S.C. § 1331).

5. A defendant may remove a case filed in state court if the plaintiff could have filed suit in federal court originally. 28 U.S.C. § 1441(a). Both claims asserted in the Petition are based on the TCPA, which is a law of the United States. *See* 47 U.S.C. §§ 227 *et seq*. Thus, this case involves a federal question and this Court has federal question jurisdiction. 28 U.S.C. § 1331. Plaintiff could have filed this case originally with this Court.

6. Defendants' notice of removal for federal question jurisdiction is therefore proper under 28 U.S.C. § 1331.

7. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) and 47 U.S.C. § 227 because a substantial part of the events or omissions giving rise to the claim occurred in the District of Kansas. *See* Exhibit 1, at Petition ¶ 9 ("the acts and transactions that form the basis of this action occurred in Leavenworth, Kansas.").

8. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), because it was filed within thirty days of service of the Petition.

9. Pursuant to 28 U.S.C. § 1446(d) and D. Kan. Rule 81.1(c), Defendants certify that, on the date of filing this Notice of Removal, a copy of the same was served upon all parties through their respective counsel, and notice of said filing is being filed in the above-referenced state court matter, and said notice of filing attached a true and accurate copy of this Notice of Removal as an exhibit. A copy of the notice of filing, without its exhibits, is attached hereto as Exhibit 2.

10. Both this Notice of Removal and the notice of filing in the state court matter have been served on counsel for the plaintiff.

11. In removing this matter to federal court, Defendants do not waive and expressly reserve any and all defenses they may have, including those provided in the Merrick Bank Card Agreement.

12. Defendants are not requesting a jury trial at this time because they will be filing a Motion to Dismiss or, in the Alternative, to Compel Arbitration, pursuant to the Merrick Bank Card Agreement. In the event Defendants' Motion is denied, the location of trial will be Kansas City, Kansas.

WHEREFORE, Defendants respectfully remove this action from the District Court of Leavenworth County, Kansas to the United States District Court for the District of Kansas.

Respectfully, Submitted.

s/Jacqueline M. Sexton
Jacqueline M. Sexton, KS #19878
Philip V. Sumner, KS #78169
Foland, Wickens, Eisfelder, Roper & Hofer, P.C.
Commerce Bank Building
911 Main Street, 30th Floor
Kansas City, Missouri 64105
Attorneys for Defendants, Carson Smithfield, LLC and Merrick Bank Corporation

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 12th day of September, 2013, to:

Michael H. Rapp
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913.371.0727
Facsimile: 913.371.0147
Attorneys for Plaintiff

s/Jacqueline M. Sexton
Attorneys for Defendants