IN THE DISTRICT COURT OF LEAVENWORTH COUNTY, KANSAS
CIVIL DEPARTMENT

FILED
CLERK OF DIST COURT
2013 AUG 16 AM 9:40
LEAVENWORTH CO. KS

| David M. Lavender, | |
|---|---|
| Plaintiff, | Case Number: |
| vs. | Division: |
| Carson Smithfield LLC<br>Registered Agent: Corporation Service Company<br>2900 Southwest Wanamaker Drive, Suite 204<br>Topeka, Kansas 66614<br>and<br>Merrick Bank Corporation<br>Richard L. Urrutia, president<br>10705 S. Jordan Gateway, Suite 200<br>South Jordan, Utah 84095 | Chapter 60 |
| Defendants. | |

RECEIVED
AUG 19 2013
MERRICK BANK

## SUMMONS

TO: Merrick Bank Corporation, the above named Defendant.

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiffs' attorney as follows:

> A.J. Stecklein
> 748 Ann Avenue
> Kansas City, Kansas 66101

within 21 days of service of this summons upon you.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

(Seal)                                    Clerk of District Court

Dated  8/16/13                    by _____
                                                        Deputy

# IN THE DISTRICT COURT OF LEAVENWORTH COUNTY, KANSAS
## CIVIL DEPARTMENT

FILED
2013 AUG 16 AM 9:40
LEAVENWORTH CO. KS

| | |
|---|---|
| David M. Lavender,<br><br>                                    Plaintiff,<br>vs.<br><br>Carson Smithfield LLC<br>Registered Agent: Corporation Service Company<br>2900 Southwest Wanamaker Drive, Suite 204<br>Topeka, Kansas 66614<br>and<br>Merrick Bank Corporation<br>Richard L. Urrutia, president<br>10705 S. Jordan Gateway, Suite 200<br>South Jordan, Utah 84095<br><br>                                    Defendants. | Case Number:<br><br>Division:<br><br>Chapter 60   2013CV372 |

## SUMMONS

TO: Merrick Bank Corporation, the above named Defendant.

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiffs' attorney as follows:

> A.J. Stecklein
> 748 Ann Avenue
> Kansas City, Kansas 66101

within 21 days of service of this summons upon you.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

(Seal)                                              Clerk of District Court

Dated   8/16/13                    by   _____
                                                    Deputy

IN THE DISTRICT COURT OF LEAVENWORTH COUNTY, KANSAS
CIVIL DEPARTMENT

FILED
CLERK OF DIST COURT
2013 AUG 16 AM 9:38
LEAVENWORTH CO. KS

David M. Lavender,

    Plaintiff,

vs.

Carson Smithfield LLC
Registered Agent: Corporation Service Company
2900 Southwest Wanamaker Drive, Suite 204
Topeka, Kansas 66614
and
Merrick Bank Corporation
Richard L. Urrutia, president
10705 S. Jordan Gateway, Suite 200
South Jordan, Utah 84095

    Defendants.

Case Number: 2013CV372

Division:

Chapter 60

## SUMMONS

TO: Carson Smithfield LLC, the above named Defendant.

    You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiffs' attorney as follows:

    A.J. Stecklein
    748 Ann Avenue
    Kansas City, Kansas 66101

within 21 days of service of this summons upon you.

    If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

(Seal)

Clerk of District Court

Dated 8/16/13      by _____
                                 Deputy

# IN THE DISTRICT COURT OF LEAVENWORTH COUNTY, KANSAS
## CIVIL DEPARTMENT

FILED
CLERK OF DIST COURT
2013 AUG 16 AM 9:39
LEAVENWORTH CO. KS

| | |
|---|---|
| David M. Lavender,<br><br>         Plaintiff,<br>vs.<br><br>Carson Smithfield LLC<br>Registered Agent: Corporation Service Company<br>2900 Southwest Wanamaker Drive, Suite 204<br>Topeka, Kansas 66614<br>and<br>Merrick Bank Corporation<br>Richard L. Urrutia, president<br>10705 S. Jordan Gateway, Suite 200<br>South Jordan, Utah 84095<br>         Defendants. | Case Number:<br><br>Division: 2013CV372<br><br>Chapter 60 |

## SUMMONS

TO: Carson Smithfield LLC, the above named Defendant.

  You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiffs' attorney as follows:

    A.J. Stecklein
    748 Ann Avenue
    Kansas City, Kansas 66101

within 21 days of service of this summons upon you.

  If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

(Seal)               Clerk of District Court

Dated 8/16/13        by _____
                   Deputy

FILED
IN CLERK OF DIST COURT
2013 AUG 16 AM 9:34
LEAVENWORTH CO. KS

IN THE DISTRICT COURT OF LEAVENWORTH COUNTY, KANSAS
CIVIL DEPARTMENT

| David M. Lavender, | |
|---|---|
| Plaintiff, | Case Number: 2013CV372 |
| vs. | Division: |
| Carson Smithfield LLC and Merrick Bank Corporation, | Chapter 60 |
| Defendants. | |

## PETITION
## ALLEGATIONS COMMON TO ALL COUNTS

COMES NOW Plaintiff, through counsel, and alleges the following against Defendants Carson Smithfield LLC and Merrick Bank Corporation:

1. Plaintiff's Petition is based on the Telephone Consumer Protection Act (TCPA), 47 U.S.C. §227 et seq.

2. Plaintiff David M. Lavender is an individual residing in Leavenworth County, Kansas.

3. Defendant Carson Smithfield LLC is a Delaware limited liability company.

4. Defendant Merrick Bank Corporation is a state chartered industrial bank registered with the Utah Department of Financial Institutions.

5. At all relevant times, Merrick Bank Corporation was doing business as a financial institution that extends credit or purchases credit previously extended to Kansas consumers and, as part of that business and operation, attempts to collect debt in the state of Kansas.

1

6. At all relevant times, Carson Smithfield LLC was doing business as a debt collector and, as part of that business and operation, attempts to collect debt from consumers in the state of Kansas.

7. Defendants conduct business in Leavenworth County, Kansas, and committed acts that form the basis for this lawsuit in Leavenworth County, Kansas. Therefore, this Court has personal jurisdiction over the Defendants for purposes of this action.

8. Subject matter jurisdiction of this Court arises pursuant to 28 U.S.C. §1331, 15 U.S.C. §1692k (d), and 47 U.S.C. §227 *et seq.*

9. Venue is proper in Leavenworth County, Kansas, pursuant to 28 U.S.C. §1391(b)(1) as the acts and transactions that give rise to this action occurred in Leavenworth, Kansas.

10. All conduct of the managers, agents and employees of Carson Smithfield LLC and Merrick Bank Corporation as alleged in Plaintiff's petition was within the course and scope of their employment or agency by or on behalf of Carson Smithfield LLC and Merrick Bank Corporation

11. Plaintiff David M. Lavender is a person as defined by 47 U.S.C. §153(32).

12. Defendants are debt collectors who sought to collect a consumer debt from a person as defined by 47 U.S.C. §153(32).

13. In their capacity as debt collectors, Defendants alleged that Plaintiff David M. Lavender owes a debt to Carson Smithfield LLC and Merrick Bank Corporation.

14. In doing so, Defendants Carson Smithfield LLC and Merrick Bank Corporation have constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt with the intent to annoy, abuse and/or harass.

15. In 2012 and 2013, and on multiple occasions since that time, Defendants contacted Plaintiff David M. Lavender on Plaintiff's cellular telephones via an "automatic telephone dialing system," as defined by 47 U.S.C. §227(a)(1).

16. During these telephone calls Defendants Carson Smithfield LLC and Merrick Bank Corporation used "an artificial or prerecorded voice" as prohibited by 47 U.S.C. §227(b)(1)(A).

17. The telephone number Defendants called was assigned to a cellular telephone service for which Plaintiff David M. Lavender incurs charges.

18. These telephone calls constituted calls that were not for emergency purposes as defined by 47 U.S.C. §227(b)(1)(A)(i).

19. Plaintiff David M. Lavender did not provide prior express consent to receive calls on Plaintiff's cellular telephone, pursuant to 47 U.S.C. §227(b)(1)(A).

20. If Plaintiff David M. Lavender did provide prior express consent to receive calls on Plaintiff's cellular telephone, pursuant to 47 U.S.C. §227(b)(1)(A), such consent was subsequently revoked and calls continued thereafter.

21. These telephone calls by Defendants violated 47 U.S.C. §227(b)(1).

22. Plaintiff David M. Lavender was harmed by the acts of Defendants in at least the following ways:

    a. Defendants illegally contacted Plaintiff David M. Lavender via Plaintiff's cellular phone thereby causing Plaintiff David M. Lavender to incur certain cellular telephone charges or reduce cellular telephone time for which Plaintiff David M. Lavender previously paid;

    b.    Defendants caused Plaintiff to expend such time to retrieve or administer messages left by Defendants during those illegal calls;

    c.    Defendants invaded the privacy of Plaintiff; and

    d.    Defendants engaged Plaintiff in conversation repeatedly and continuously with the intent to annoy, abuse and/or harass Plaintiff thereby causing Plaintiff stress and anxiety.

## COUNT I
## NEGLIGENT VIOLATIONS OF THE
## TELEPHONE CONSUMER PROTECTION ACT

COMES NOW Plaintiff, and as for Count I against Defendants, states and alleges as follows:

23.    Plaintiff incorporates by reference all of the above paragraphs of this Petition as though fully stated herein.

24.    The foregoing acts and omissions of Defendants constitute numerous and multiple negligent violations of the TCPA, including but not limited to each and every one of the above-cited provisions of 47 U.S.C. §227 *et seq.*

25.    Defendants did not maintain procedures reasonably adapted to avoid any such violations herein.

26.    As a result of Defendants' negligent violations of 47 U.S.C. §227 *et seq.*, Plaintiff is entitled to an award of $500.00 in statutory damages for each and every violation, pursuant to 47 U.S.C. §227(b)(3)(B).

27.    Plaintiff David M. Lavender is also entitled to and seeks injunctive relief prohibiting such conduct in the future.

WHEREFORE, Plaintiff David M. Lavender respectfully requests judgment be entered against Defendants Carson Smithfield LLC and Merrick Bank Corporation for the following:

a. An award of $500.00 in statutory damages for each and every violation, pursuant to 47 U.S.C. §227(b) (3) (B);

b. Injunctive relief prohibiting such conduct in the future;

c. Declaratory relief pursuant to 28 U.S.C. §2201 and §2202; and

d. Such other and further relief this honorable Court deems appropriate.

## COUNT II
## KNOWING AND/OR WILLFUL VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT

COMES NOW Plaintiff, and as for Count II against Defendants, states and alleges as follows:

28. Plaintiff David M. Lavender incorporates by reference all of the above paragraphs of this Petition as though fully stated herein.

29. The foregoing acts and omissions of Defendants constitute numerous and multiple knowing and/or willful violations of the TCPA, including but not limited to each and every one of the above-cited provisions of 47 U.S.C. §227 et seq.

30. As a result of Defendants' knowing and/or willful violations of 47 U.S.C. §227 *et seq.*, Plaintiff David M. Lavender is entitled to an award of $1,500.00 in statutory damages for each and every violation, pursuant to 47 U.S.C. §227(b)(3)(B) and 47 U.S.C. §227(b)(3)(C).

31. Plaintiff David M. Lavender is also entitled to and seeks injunctive relief prohibiting such conduct in the future.

WHEREFORE, Plaintiff David M. Lavender respectfully requests judgment be entered against Defendants Carson Smithfield LLC and Merrick Bank Corporation for the following:

a. An award of $1,500.00 in statutory damages for each and every violation, pursuant to 47 U.S.C. §227(b)(3)(B) and 47 U.S.C. §227(b)(3)(C);

b. Injunctive relief prohibiting such conduct in the future;

c. Declaratory relief pursuant to 28 U.S.C. §2201 and §2202; and

d. Such other and further relief this honorable Court deems appropriate.

Respectfully submitted,

By: _____
A.J. Stecklein #16330
Michael H. Rapp #25702
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0147
Email: AJ@KCconsumerlawyer.com
       MR@KCconsumerlawyer.com
Attorneys for Plaintiff

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by jury on all counts of this petition.

By: _____
A.J. Stecklein #16330

6

Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas 66101

7013 0600 0002 0646 3231

Merrick Bank Corporation
Richard L. Urrutia, President
10705 S. Jordan Gateway, Suite 200
South Jordan, Utah 84095



Carson Smithfield LLC
Corporation Service Company
2900 SW Wanamaker Drive, Suite 204
Topeka, Kansas 66614

7013 0600 0002 0646 3224

Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas 66101