IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID M. LAVENDER,

        Plaintiff,

vs.

CARSON SMITHFIELD LLC and
MERRICK BANK CORPORATION,

        Defendants.

Case Number:  13-2476-SAC-KGS

## NOTICE OF SETTLEMENT

Comes now Plaintiff David M. Lavender and Defendants Carson Smithfield LLC and Merrick Bank Corporation, by and through their undersigned counsel, and hereby notify the Court that the above-captioned lawsuit has been settled.  Parties anticipate filing a Notice of Dismissal in 14 days.

Dated:  October 30, 2013      Respectfully submitted,

        By: /s/ A.J. Stecklein
        A.J. Stecklein #16330
        Michael H. Rapp #25702
        Consumer Legal Clinic LLC
        748 Ann Avenue
        Kansas City, Kansas 66101
        Telephone:  913-371-0727
        Facsimile:  913-371-0147
        Email:  AJ@KCconsumerlawyer.com
           MR@KCconsumerlawyer.com
        Attorneys for Plaintiff

        By: /s/ Jacqueline M. Sexton
        Jacqueline M. Sexton #19878
        Philip V. Sumner #78169
        Foland, Wickens, Eisfelder, Roper & Hofer PC
        911 Main Street, 30th Floor
        Kansas City, Missouri 64105
        Telephone: 816-472-7474
        Facsimile: 816-472-6262
        Email: jsexton@fwpclaw.com
             psumner@fwpclaw.com
        Attorneys for Defendants Carson Smithfield LLC
        and Merrick Bank Corporation

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing was filed on October 30, 2013, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

        /s/ A.J. Stecklein
        A.J. Stecklein #16330