# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

| | |
|---|---|
| DAVID M. LAVENDER,<br><br>                                  Plaintiff,<br><br>vs.<br><br>CARSON SMITHFIELD LLC and<br>MERRICK BANK CORPORATION,<br>                                Defendants. | Case Number:  13-2476-SAC |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.    Plaintiff is David M. Lavender; Defendants are Carson Smithfield LLC and Merrick Bank Corporation.

2.    On August 16, 2013, Plaintiff sued Defendants in the District Court of Leavenworth County, Kansas.

3.    On September 12, 2013, Defendants removed the case to the United States District Court for the District of Kansas.

4.    Plaintiff moves to dismiss the suit.

5.    Defendants, who have served a Motion to Compel Arbitration, agree to the dismissal.

6.    This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

7.    A receiver has not been appointed in this case.

8.    This case is not governed by any federal statute that requires a court order for

dismissal of the case.

9. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

10. This dismissal is with prejudice with each party to bear its own costs and attorneys' fees.

                        Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael H. Rapp #25702
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0147
Email: AJ@KCconsumerlawyer.com
      MR@KCconsumerlawyer.com
  Attorneys for Plaintiff

and

By: /s/ Jacqueline M. Sexton
Jacqueline M. Sexton #19878
Philip V. Sumner #78169
Foland, WIckens, Eisfelder, Roper & Hofer PC
Commerce Bank Building
911 Main Street, 30th Floor
Kansas City, Missouri 64105
Telephone: 816-472-7474
Facsimile: 816-472-6262
Email: jsexton@fwpclaw.com
      psumner@fwpclaw.com
Attorneys for Defendants